JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS SOUTHERN CALIFORNIA HEALTH AND WELFARE FUND; BOARD OF TRUSTEES OF THE CEMENT MASONS SOUTHERN CALIFORNIA PENSION TRUST; BOARD OF TRUSTEES OF THE CEMENT MASONS SOUTHERN CALIFORNIA INDIVIDUALRETIREMENT ACCOUNT (DEFINED CONTRIBUTION) TRUST; BOARD OF TRUSTEES OF THE ELEVEN COUNTIES CEMENT MASONS VACATION SAVINGS PLAN; BOARD OF TRUSTEES OF THE CEMENT MASONS JOINT APPRENTICESHIP TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ON POINT ENGINEERING CONTRACTORS, a California corporation,<br><br>Defendant. | CASE No. 2:23-cv-09013-ODW-AGRx<br><br>**ORDER ON STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT ON POINT ENGINEERING CONTRACTORS** |

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Judgment shall be entered in accordance with the terms of the Stipulation in favor of the Plaintiffs Board of Trustees of the Cement Masons Southern California Health and Welfare Fund; Board of Trustees of the Cement Masons Southern California Pension Trust; Board of Trustees of the Cement Masons Southern California Individual Retirement Account (Defined Contribution) Trust; Board of Trustees of the Eleven Counties Cement Masons Vacation Savings Plan; and Board of Trustees of the Cement Masons Joint Apprenticeship Trust and against On Point Engineering Contractors, a California corporation in the total sum of $24,107.77, together with interest as provided therein.

Dated: February 23, 2024

_____
Honorable Otis D. Wright, II
United States District Judge